IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| POLARIS IMAGES CORP., | ) |
| Plaintiff, | ) Case No: 3:23-cv-00399-CLC-JEM |
| v. | ) |
| ALCATRAZ EAST, LLC, | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that plaintiff Polaris Images Corp. ("Plaintiff"), by and through its undersigned counsel, hereby notifies the Court that the parties have reached a settlement in principle in this matter and are in the process of documenting and performing their settlement obligations.

In light of the settlement, the parties respectfully request that the Court adjourn all deadlines and conferences, if any. Plaintiff anticipates filing a dismissal with prejudice within thirty (30) days.

Dated: January 29, 2024

**SANDERS LAW GROUP**

By: ___/s/ Craig B. Sanders___
Craig B. Sanders, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 127352
*Attorneys for Plaintiff*